UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALESIA YVETTE BROYHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 3:14-CV-417-CCS |
| ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 12**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 13**] is **GRANTED**. Accordingly, the Court **DISMISSES** this action and **DIRECTS** the Clerk of Court to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
  CLERK OF COURT